R. THOMAS-Q95298-D-4
14L91
M.C.O.C.
MADERA, CALIF. 93638
PRO. PER.

**FILED**
SEP 12 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF CALIFORNIA

IN RE: RAYSHON THOMAS;
PLAINTIFF/LIBELANT,
VS.
MADERA SUPERIOR COURT JUDGE JOSEPH SOLDANO; THOMAS BENDER; CLERKS BONNIE THOMAS; STEVEN GARTNER; CENTRAL DIST; NINTH CIRCUIT; ESTRN DIST. CALIF. SUPREME COURT; U.S. SUPREME COURT; C.D.C.R. ORLAND; CALIPATRIA; SALINAS PRISON; MADERA COUNTY JAIL CHIEF M. PEREZ; SAN DIEGO; COURT OF APPEALS; NORTH KERN SUPERIOR COURT; INTERALIA ETC. MICHAEL KEITZ; GOV. JERRY BROWN; SCHWARZENEGGER; EDMUND BROWN; KAMALA D. HARRIS;
DEFENDANT(S) RESPONDENT(S)

ESTRN. DIST. NO. 2:13-CV-1897 KJN (PC)

NOTICE OF MOTION AND MOTION OF EMERGENCY); STATEWIDE INTERCOURT INJUNCTION OF KANGAROO COURT, COMMERCIAL LAW SCHEMES OF SUPERIOR COURT ENTITY - CONSPIRING FICTIONAL HEARSAY AND W/HELD LEGAL BOXES, EVIDENCE, LEGAL TECHNOLOGY LAPTOP; DIRECTS AS STATEWIDE); MIXED WAR TO ILLEGALLY PERPETUATE]; UNLAWFUL FICTIONAL CONVICTIONS VIA ILLEGAL CONDITIONS OF CONFINEMENT RACKETEERING); AT COURT, JAIL INC'D AGENTS TO R.I.C.O. STATEWIDE/INT'L. MATRIX; TO IMPELL IN TRANSITION W/OUT RELIEF, OR TO BE HEARD, AND RETALIATED AGAINST W/ ASSAULTS; TORTURE; CIV./CRIM. CRIMES TO OBSTRUCT INGRESS TO JUDICIAL BRANCH NECESSITATES 18 USC §3626 [2000/INJUNCTION]; 18 USC §3626 [2000](A)(2)(B)(1) FOR EXISTING LITIGATION FOR RELIEF OF 1983; R.I.C.O. AND CIV. & CRIM APPLS. VIOLATES U.C.C.

## I.
## INTRODUCTION

PLAINTIFF/LIBELANT ADDRESSES THIS EASTERN DISTRICT ENTITY OF SACRAMENTO); STATEWIDE/INT'L. FOR INTERCOURT FEDERAL CIVIL AND CRIMINAL INJUNCTION VIA CIV. RIGHTS 1983 - 42 USC OF MADERA SUPERIOR COURT JURIST JOSEPH A. SOLDANO; MADERA COUNTY; DISTRICT; ATTORNEY MICHAEL KEITZ ETC. CONSPIRING WITH/ STATEWIDE/INT'L AGENTS OF INCO-MATRIX WITHIN CALIF. INSTITUTIONS, JUDICIAL BRANCHES OF PROVOCATEURS AIDING AND ABETTING MIXED WAR OF W/HELD LEGAL TOOLS; BOXES; A.D.A. DIRECTICS USED AS BIOLOGICAL WEAPONS; TO TORTURE, DISTRACT TO RAILROAD UNLAWFUL CONVICTIONS; DEFAULTS AND CAUSE INJURIES; OBSTRUCTING ACCESS TO JUDICIAL BRANCH VIA W/HOLDING; CENSORING FILED PROPRIA PERSONA); DOCUMENT(S) STAMPED UNTO AND FROM MADERA COUNTY CLERK ON 4/12/13; 4/19/13; AND

-1-

1. FOR 5/3/13 HEARING PRELIMINARY INJUNCTION OF W/HELD OBJECTS; LEGAL BOXES; EVIDENCE
2. AND MOTIONS FOR LEGAL TECHNOLOGY TOOLS TO W/ COPIER CHALLENGE THE ILLEGAL JURISDI-
3. CTION; AND CHARGE THE COURT W/ FRAUD OF FRAUD VIA KANGAROO COURT AND NOT HAVING, PROV-
4. DING; BY DEFAULT OF COMMERCIAL AFFIDAVIT OF AN NON-DISCLOSED CONTRACT OF ADMIRALTY-
5. JURISDICTION WAS CONSENTED UNTO VIA FRAUD TO RUN AN ILLEGAL TRIAL THAT VIA FRAUD AND
6. WILLFULL SOCIAL PSYCHOLOGICAL CONDITIONS AT COURTHOUSE PREJUDICED RIGHTS TO FAIR TRIAL
7. BY PLACING JURORS IN HALLWAY BY INMATE CONFINED AND COMING, C/O'S OF MADERA COUNTY AN
8. D; DISPATCH ONE IN HALLWAY ETC. TO INDIRECTLY PREJUDICE WITH CHAINS ON ETC. WHICH PLAIN.
9. TIFF; FILED INJUNCTIVE LAWSUIT WAS IN 2008 OF SEPT. AT EASTRN DISTRICT FRESNO; PLAINTIFF
10. WAS SENT TO ORLAND WHICH CLERKS OF EASTRN FRESNO DIST. AND MADERA COUNTY W/HELD NO ANSWER

    IN ORLAND PROPERTY WAS STOLEN ON CASE, LAW BOOKS ETC. THEN SENT TO KALIPATRIA MY LEG-
12. AL/PAPERS WERE STOLEN AND EASTRN DISTRICT FRESNO JURESIC. USED C.D.C.R. INMATE PROVOCATEURS; C/O'S
13. AT CAL. TO ASSAULT; KEEP IN TRANSITION TO STEAL AND PUNISH FOR LITIGATING CASES ON APPLS.
14. TO DEFAULT AND FELON INJUNCTION OF IT IN 2012 WAS ILLEGALLY SENT TO SALINAS PRISON AND
15. CASE EVIDENCE OF RULINGS STOLEN OF EASTRN. DISTRICT ETC. BY CAL. AND SALINAS AS I FILED
16. INJUNCTION AND LAWSUIT I, WAS ILLEGALLY SENT TO MADERA COUNTY JAIL UPON FALSE APPEAL VIA
17. CONSPIRING CONVICTION TO AID FICTIONAL THIRD PARTIES HEAR SAY IN SUPPORT OF DOCK OR PROOF AND
18. D.A. MICHAEL KEITZ, W/OUT ALLOWING ME TO LITIGATE AND ALL PATTERNS OF C.D.C.R. C/O'S ETC. AND
19. JURESIC; MADERA COUNTY THAT'S APPEALED UNTO CALIF. SUPREME COURT NOW IS FEASIBLE FOR RELIEF-
20. VIA STATEWIDE/INTL. INJUNCTION OF ALL NAMED ENTITIES; AN HEARING; INVESTIGATION ETC. AND
21. STATEWIDE/INTL. LEGAL TECHNOLOGY TOOLS LAPTOP; CASES OF 4 BOXES BE GIVEN NOW, FOR RELIEF
22. AND OBJECTS W/HELD STATEWIDE IS FEASIBLE FOR RELIEF.

—2—

## APP. II.
### INTER-COURT INJ. LAW

THE EXTREME REMEDY OF AN INTER-COURT INJUNCTION, SUCH AS MIGHT BE ISSUED BY A FEDERAL CRIMINAL COURT TO ENJOIN CONCURRENT CIVIL PROCEEDINGS, SHOULD BE EMPLOYED ONLY IN EXCEPTIONAL CIRCUMSTANCES SINCE INTERFERENCE WITH PROCEEDINGS IN ANOTHER COURT SHOULD BE AVOIDED WHERE OTHER ADEQUATE REMEDIES ARE AVAILABLE. U.S. V. BIRRELL, S.D. N.Y. 1967 276. F. Supp. 798.

HALLEY V. MORGAN, 296 F.3d 732 743, (9TH CIRCUIT 2002 (§3626 DOES NOT PERMIT COURT TO ORDER PROSPECTIVE RELIEF IF VIOLATION NO LONGER EXISTS.)

## III. CONCLUSION

IT'S EXISTED FOR 11 YRS. AND NOW

9/5/13

/s/ R.

—3—

PROOF OF SERVICE

I, AM CITIZEN IN MAJORITY OF AGE ETC.

FEDERAL INJUNCTION MOTION

J. SOLDANO
MADERA SUPERIOR COURT
209 WEST YOSEMITE AVE,
MADERACALIF 93638

XXX (PERSONAL SERVICE)

I, DECLARE UNDER PENALTY OF PERJURY IS TRUE

DATE: 9/9/13